DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. FOGLER

No. 8 PC.

Case below: 27 N.C. App. 659.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. HANCOCK

No. 11 PC.

Case below: 28 N.C. App. 149.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

STATE v. HARRIS

No. 24 PC.

Case below: 28 N.C. App. 122.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. KEARNS

No. 124 PC.

Case below: 27 N.C. App. 354.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

STATE v. LEWIS

No. 16 PC.

Case below: 28 N.C. App. 212.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.